618 A.2d 393

Latanya TURNER

v.

TRAVELERS INSURANCE COMPANY.

Latanya TURNER

v.

Moses MATHIS, Alphonso Simmons, Harleysville
Insurance Company and Juan Goff.

Appeal of HARLEYSVILLE INSURANCE COMPANY.

Supreme Court of Pennsylvania.

Argued Dec. 8, 1992.

Decided Jan. 7, 1993.

David M. McCormick, Philadelphia, for appellant.

Daniel J. Boyce, Philadelphia, for Latanya Turner.

William Marshall, Philadelphia, for Travelers Ins. Co.

Jeffrey A. Less, Philadelphia.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., did not participate in the consideration or decision of this case.